# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JOANNA PARKER-WINTER | * | |
| as mother and natural guardian of | * | |
| AIDAN SCHEUNEMANN, | * | |
| | * | No. 13-150V |
| Petitioner, | * | Special Master |
| | * | Christian J. Moran |
| v. | * | |
| | * | |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | Filed: May 15, 2014 |
| | * | |
| Respondent. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

Jeffrey S. Pop, Beverly Hills, CA, for petitioner;
Michael Patrick Milmoe, United States Dep't of Justice, Washington, DC, for respondent.

### UNPUBLISHED DECISION ON FEES AND COSTS[1]

Respondent filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter on May 15, 2014. Previously, petitioner informally submitted a draft application for attorneys' fees and costs to respondent for review. Upon review of petitioner's application, respondent raised objections to certain items. Based on subsequent discussions, petitioner amended her application to request $21,838.33, an amount to which respondent does not object. The Court awards this amount.

Petitioner filed for compensation alleging that her son was injured by numerous vaccines he received on and after March 3, 2009. Petitioner received

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

compensation based upon the parties' stipulation.  <u>Decision</u>, filed January 23, 2014.  Because petitioner received compensation, she is entitled to an award of attorneys' fees and costs.  42 U.S.C. § 300aa-15(e).

Petitioner seeks a total of $21,838.33 in attorneys' fees and costs for her counsel.  The stipulation indicated that no costs are to be reimbursed to petitioner pursuant to General Order #9.

After reviewing the request, the Court awards a check jointly payable to petitioner and her counsel, Jeffrey S. Pop, of Jeffrey S. Pop and Associates, in the amount of **$21,838.33** for attorneys' fees and other litigation costs.  The Court thanks the parties for their cooperative efforts in resolving this matter.

The Clerk shall enter judgment accordingly.[2]

**IT IS SO ORDERED.**

<u>s/Christian J. Moran</u>
Christian J. Moran
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.